WIEBENSON v. BD. OF TRUSTEES, STATE EMPLOYEES' RET. SYS.

No. 390PA96

Case below: 123 N.C. App. 246

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 is treated as a petition for writ of certiorari and is allowed 10 October 1996. Motion by petitioner (Wiebenson) to dismiss petition for discretionary review denied 10 October 1996.

YOUNG v. MASTROM, INC.

No. 365PA96

Case below: 123 N.C. App. 162

Petition by appellant (Mastrom, Inc.) for discretionary review pursuant to G.S. 7A-31 allowed 10 October 1996.